UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:21-cv-23000

CARLOS BRITO,

    Plaintiff,

v.

GENUINE PARTS COMPANY,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, GENUINE PARTS COMPANY, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than fourteen (14) days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this 24th day of September, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Stewart Dorian Williams* |
| ANTHONY J. PEREZ | Stewart Dorian Williams |
| Florida Bar No.: 535451 | Florida Bar No.: 352705 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | Datran Center II |
| 4937 S.W. 74th Court | 9130 S. Dadeland Blvd. |
| Miami, FL 33155 | Ste 1500 |
| Telephone: (305) 553- 3464 | Miami, FL 33156 |
| Facsímile: (305) 553-3031 | 305-794-3042 |
| Primary Email:  ajperezlaw@gmail.com; | Fax: 786-697-0732 |
| *Attorney for Plaintiff Carlos Brito* | Email: swilliams@williamslaw-fl.com; |
| | kphinney@williamslaw-fl.com |
| | *Attorney for Defendant Genuine Parts Company* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 24th day of September, 2021.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ