UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:21-cv-23000

CARLOS BRITO,

    Plaintiff,

v.

GENUINE PARTS COMPANY,

    Defendant.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, GENUINE PARTS COMPANY ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on October 14, 2021.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Stewart Dorian Williams* |
| ANTHONY J. PEREZ | Stewart Dorian Williams |
| Florida Bar No. 535451 | Florida Bar No.: 352705 |
| GARCIA-MENOCAL & PEREZ P.L. | DATRAN CENTER II |
| 4937 SW 74th Court, Unit 3 | 9130 S. Dadeland Blvd., Ste 1500 |
| Miami, FL 33155 | Miami, FL 33156 |
| Telephone: (305) 553-3464 | Telephone: (305) 794-3042 |
| Email: ajperez@lawgmp.com | Email: swilliams@williamslaw-fl.com; |
| *Attorney for Plaintiff Carlos Brito* | kphinney@williamslaw-fl.com |
| | *Attorney for Defendant Genuine Parts Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on October 14, 2021.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperezlaw@gmail.com
Secondary E-Mail: dperaza@lawgmp.com


By:  /s/ Anthony J. Perez
         ANTHONY J. PEREZ
         Florida Bar No.: 535451